FILED
April 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL JOSEPH FORD,<br><br>        Defendant. | Case No. MAG. 09-0132 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL JOSEPH FORD, Case No. MAG. 09-0132 DAD, Charge Title 18 USC §§ 2,286,287,1344,1028, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✓  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

          __  Unsecured Appearance Bond

          __  Appearance Bond with 10% Deposit

          __  Appearance Bond with Surety

          __  Corporate Surety Bail Bond

    ✓  (Other) _with pretrial supervision and conditions of release stated on the record._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 28, 2009 at 3:00 p.m. ~~11:51 am~~.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge